# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    Plaintiff,

v.                               **Case No. 12-CR-10 (LA)**
                                  **Case No. 13-CR-150 (RTR)**

**TRAVIS ONYEMACHI**
    Defendant.

## ORDER

The conditions for reassignment being met, see Crim. L.R. 13(a) (E.D. Wis.), and the government having no objection,

**IT IS ORDERED** that defendant's motion (R. 49) to reassign Case No. 13-CR-150 to this court is **GRANTED**.

**IT IS FURTHER ORDERED** that Case No. 13-CR-150 is set for **FINAL PRE-TRIAL** on **Thursday, October 17, 2013, at 2:30 p.m.**, and **TRIAL** on **Monday, October 28, 2013, at 10:00 a.m.** Case No. 12-CR-10 is set for **STATUS** on **Thursday, October 17, 2013, at 2:30 p.m.**

Dated at Milwaukee, Wisconsin, this 4th day of September, 2013.

                                          /s Lynn Adelman
                                          _____
                                        LYNN ADELMAN
                                        District Judge